UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Cheryl Ducote,

                    Plaintiff(s),

-against-

Montefiore Medical Center,

                    Defendant(s).
------------------------------------------------------------x

14 Civ. 10095 (PKC)

ORDER

P. KEVIN CASTEL, District Judge:

        The initial pretrial conference scheduled for February 17, 2015 is adjourned to February 19, 2015 at 2:30 p.m. in Courtroom 11D.

        SO ORDERED.

                                            P. Kevin Castel
                                       United States District Judge

Dated: New York, New York
       February 3, 2015