UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
                                                                    :
CHERYL DUCOTE,                                                      :   Case No. 14-cv-10095 (PKC)
                                                                    :
                Plaintiff,                                      :   **DEFENDANT MONTEFIORE**
    -against-                                            :   **MEDICAL CENTER'S RULE 7.1**
                                                                    :   **DISCLOSURE STATEMENT**
MONTEFIORE MEDICAL CENTER,                                          :
                                                                    :
                Defendant.                                      :
                                                                    :
------------------------------------------------------------------- x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Montefiore Medical Center, through its counsel, Littler Mendelson, P.C., states that its parent corporation and any publicly held corporation that owns 10% or more of its stock is Montefiore Health System, Inc.

Dated: February 9, 2015
      New York, New York

                                                    /s/ *Jean L. Schmidt*
                                                    Jean L. Schmidt
                                                    LITTLER MENDELSON
                                                      A Professional Corporation
                                                    900 Third Avenue
                                                    New York, NY 10022.3298
                                                    212.583.9600

                                                    *Attorneys for Defendant*